EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO. MS
"PACIFIC VOYAGER" KG, erroneously sued
herein as REEDEREI M. LAUTERJUNG KG

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
JAMES HAYNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>    Defendant(s). | Case No.: C-06-3196 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in a private non-binding mediation on or before March 31, 2007, and after Plaintiff has been deposed.

- 1 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 CW

| | |
|---|---|
| 1 | Dated: September 11, 2006   EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |
| 2 | Andrew I. Port<br>Katharine Essick |
| 3 | By_____/S/_____ |
| 4 | Andrew I. Port<br>Attorneys for Defendant |
| 5 | REEDEREI M. LAUTERJUNG GMBH & CO.<br>MS "PACIFIC VOYAGER" KG, erroneously sued |
| 6 | herein as REEDEREI M. LAUTERJUNG KG |
| 7 | Dated: September 11, 2006   WELTIN LAW OFFICE |
| 8 | By_____/S/_____ |
| 9 | Patrick B. Streb<br>Attorneys for Plaintiff |
| 10 | JAMES HAYNES |

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

_____/S/_____
Andrew I. Port

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 CW

1   IT IS SO ORDERED.

2   Date: 9/12/06

                                         /s/ Claudia Wilken

3                                            Hon. Claudia Wilken
                                         Judge, District Court

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 CW