**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                              510.637.3530

**October 25, 2006**

**CASE NUMBER:  CV 06-03196 CW**
**CASE TITLE:  HAYNES-v-REEDEREI M. LAUTERJUNG K.G.**

<u>REASSIGNMENT ORDER</u>

  GOOD CAUSE APPEARING THEREFOR,

  IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable James Larson** for all further proceedings.

  Counsel are instructed that all future filings shall bear the initials **JL** immediately after

the case number.


  ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 10/25/06

                FOR THE EXECUTIVE COMMITTEE:

                _____/s/ Richard W. Wieking_____
                                 Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies       Special Projects
Log Book Noted           Entered in Computer 10/25/06-cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel          Transferor CSA