United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                 NORTHERN DISTRICT OF CALIFORNIA

10

11    James Haynes,                                    No. C 06-3196 JL

12              Plaintiff,

                                                       **AMENDED**
13        v.                                           CASE MANAGEMENT AND
                                                       PRETRIAL ORDER
14    Reederei Lautejung, KG,

15              Defendants.
      _____/

16

17        Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case

18    management and pretrial order is entered:

19        1.    TRIAL DATE

20              a.    Jury trial will begin on December 3, 2007, at  9:30 a.m. in Courtroom F,

21    15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

22              b.    The length of the trial will be not more than 5 days.

23        2.    DISCOVERY

24              In the event of a discovery dispute the parties shall use the following

25    procedure:

26              Parties shall meet and confer in person, or, if counsel are located outside the Bay

27    Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of

28

1   letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet

2   and confer.

3          If, after a good faith effort, the parties have not resolved their dispute, they shall

4   prepare a concise joint statement, of less than three pages, without affidavits or exhibits,

5   stating the nature and status of their dispute. If a joint statement is not possible, each side

6   may submit a one page individual statement. The Court will advise the parties regarding the

7   need, if any, for formal briefing or a hearing.

8          3.    MOTIONS

9          All dispositive motions shall be served and filed not less than **thirty-five (35)** days

10  prior to the scheduled hearing date.  Any opposition shall be served and filed no later than

11  **twenty-one (21)** days prior to the hearing date.  Any reply to the opposition shall be served

12  and filed no later than **fourteen (14)** days prior to the hearing. Prior to a dispositive motion,

13  the parties shall meet and confer and, at the time the motion is filed, submit a joint

14  statement of undisputed facts.

15         4.    ALTERNATIVE DISPUTE RESOLUTION (ADR)

16         The Court hereby refers this case for **one** of the following:

17              a.    Referral to ADR for purpose of scheduling mediation.  The mediation

18                    shall be completed by March 31, 2007.

19         5.    A further Case Management Conference will be held within 30 days of

20  unsuccessful settlement conference or ADR proceedings.  Parties shall jointly propose a

21  date on a Wednesday at 10:30 a.m.

22         6.    PRETRIAL CONFERENCE

23              a.    A final pretrial conference shall be held on November 14, 2007,  at

24  11:00 a.m., in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel

25  who will try the case.

26              b.    **Not less than thirty (30) days** prior to the date of the pretrial

27  conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule

28  16-10(b).

1        c.    **Not less than twenty (20) days** prior to the pretrial conference,

2   counsel or parties shall

3                (I)    serve and file a joint pretrial statement pursuant to Local Rule 16-10

4                       (b);

5        The pretrial statement shall include the disclosures required by Fed. R. Civ. P.

6   26(a)(3) as well as the following:

7        THE ACTION

8            Substance of the Action

9            Relief Prayed

10       FACTUAL BASIS FOR THE ACTION

11           Undisputed Facts

12           Disputed Factual Issues

13           Agreed Statement

14           Stipulations

15       DISPUTED LEGAL ISSUES

16           (List)

17       TRIAL PREPARATION

18           Witnesses to be Called

19           Exhibits, Schedules and Summaries;

20           Trial

21           Estimate of Trial Time

22           Use of Discovery Responses at Trial

23           Further Discovery or Motions

24       TRIAL ALTERNATIVES AND OPTIONS

25           Settlement Discussions

26           Amendments - Dismissals

27           Bifurcation, Separate Trial of Issues

28

**United States District Court**
For the Northern District of California

PRETRIAL ORDER                                                    Page 3 of  7

1     MISCELLANEOUS

2               Any other concerns of the parties

3         d.         At the same time that the parties file their joint pretrial statement they

4     shall also:

5                     (ii)     Serve and file trial briefs, which shall specify each cause of

6                     action and defense remaining to be tried along with a statement of the

7                     applicable legal standard (no opposition shall be filed);

8                     (iii)    Serve and file motions *in limine*, which shall be contained in

9                     one document. Motions in limine will be decided at the Pretrial

10                   Conference.

11         e.         Serve and file a list of excerpts from discovery that will be offered at

12     trial, specifying the witness, page and line references and whether the excerpt is to be

13     offered in lieu of testimony or as impeachment;

14         f.         Serve and file a list of witnesses likely to be called at trial, in person or

15     by deposition, other than solely for impeachment or rebuttal, with a brief statement

16     describing the substance of the testimony to be given;

17         g.         Serve and file a numerical list of exhibits (including demonstrative

18     exhibits that may be admitted into evidence but not those that are purely illustrative), with a

19     brief statement describing the substance and purpose of each exhibit and the name of the

20     sponsoring witness;

21         h.         Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u>

22     (plaintiff shall use numbers and defendant shall use letters); and deliver the original and

23     **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at

24     least one week before trial.

25         (See Label)

26

27

28

United States District Court

For the Northern District of California

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    Case No. _____

5

6    Exhibit No. _____

7

8    Date entered: _____

9

10    RICHARD W. WIEKING, Clerk

11    By:    _____

12    Deputy Clerk

13    j.    Serve and file proposed joint voir dire questions and joint jury

14    instructions for cases to be tried by jury (further instructions regarding jury instructions

15    below);

16    k.    Serve and file proposed findings of fact and conclusions of law for cases

17    to be tried by the Court.

18    l.    Serve and file a proposed verdict form which contains no reference to

19    submitting party.

20    m.    **Two courtesy copies** of trial briefs and motions in limine shall be

21    provided.

22    n.    No party shall be permitted to call any witness or offer any exhibit in its

23    case in chief that is not disclosed in these pretrial filings without leave of court and for good

24    cause.

25    7.    **Not less than nine calendar days** prior to the pretrial conference, counsel or

26    parties shall serve and file any opposition or objection to those items required by section 3

27    (e), (f), (i),(j), (k) and (l) of this order.  Additionally, counsel or parties shall file any

28    objections to the qualifications of expert witnesses contained in the opposing party's

1  witness list.  Objections not filed as required will be deemed waived.  No replies shall be

2  filed.  All motions and objections shall be heard at the pretrial conference unless otherwise

3  ordered.

4       8.     JURY TRIAL

5            a.     Counsel shall submit an **agreed upon set** of additional voir dire

6  questions to be posed by the Court.  Any voir dire questions on which counsel cannot

7  agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after

8  the Court's questioning.

9            b.     The following jury instructions from the Manual of Model Civil Jury

10  Instructions for the Ninth Circuit (2002 Edition as modified 2003) will be given absent

11  objection:  1.1 - 1.12, 2.1 - 2.6, 3.1 - 3.3, 3.5 - 3.8, 4.1 - 4.6.  The Ninth Circuit Manual of

12  Model Civil Jury Instructions is available on the web site for the U.S. District Court for the

13  Northern District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home

14  page button at the lower left of the first screen and then choose the Manual of Model Civil

15  Jury Instructions from the list on the right hand side of the next screen.  Counsel shall also

16  submit an agreed upon set of case specific instructions, using the Ninth Circuit Manual of

17  Model Civil Jury Instructions where appropriate.  Do not submit duplicates of those listed

18  above.  Any instructions to which counsel cannot agree may be submitted separately.

19  Each requested instruction shall be typed in full on a separate page with citations to the

20  authority upon which it is based and a reference to the party submitting it.  A **second blind**

21  **copy** of each instruction and verdict form shall also be submitted omitting the citation to

22  authority and the reference to the submitting party.

23       9.     All documents filed with the Clerk of the Court shall list the civil case number

24  followed by the initials "**JL.**"  One copy shall be clearly marked as a **chambers** copy.

25

26

27

28

**United States District Court**
For the Northern District of California

PRETRIAL ORDER                                                    Page 6 of  7

1        The parties shall appear for a further case management conference on April 18 at

2   10:30 a.m. Counsel shall provide the court with an updated case management conference

3   statement a few days prior to the conference.

4        IT IS SO ORDERED.

5   DATED: December 19, 2006

6

7                                    _____
                                     James Larson
8                                    Chief Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California