UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>       Plaintiff,<br><br>     v.<br><br>REEDEREI M. LAUTERJUNG, K.G.,<br><br>       Defendant.<br>_____/ | No. C 06-3196  JL<br><br>**SECOND AMENDED PRETRIAL ORDER** |

The parties have elected to pursue private mediation. No referral to the ADR Department is necessary at this time.

IT IS SO ORDERED.

DATED: December 20, 2006

                                                              _____/s/_____
                                                                           James Larson
                                                                        Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\06-3196\2dAmendPretrial.wpd