```
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO. MS
"PACIFIC VOYAGER" KG, erroneously sued
herein as REEDEREI M. LAUTERJUNG KG

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
JAMES HAYNES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>  Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>  Defendant(s). | Case No.:  C-06-3196 JL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION** |

    The Court has ordered the parties to participate in a private mediation on or before March 31, 2007.  A further Case Management Conference will be held within 30 days of unsuccessful settlement conference or ADR proceedings.

    Plaintiff's IME before Dr. Roger A. Mann is scheduled for April 2, 2007.

    This case involves personal injury.  In order to participate in a meaningful mediation, Plaintiff must undergo the IME, Dr. Mann must prepare his report, and the parties' attorneys

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 JL

1  must study the report and make settlement recommendations to their respective clients. These
2  actions depend on Plaintiff's IME, which will not take place any earlier than April 2, 2007, due
3  to the respective schedules of the parties and Dr. Mann.
4      The parties therefore respectfully request the Court extend the time for the parties to
5  participate in mediation from March 31, 2007 to May 15, 2007.
6      The parties have met and conferred regarding the above, and stipulate to the requested
7  extension of time.

8  Dated: March 20, 2007    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
    Andrew I. Port
9      Katharine Essick

10 By _____
11     Andrew I. Port
    Attorneys for Defendant
12 REEDEREI M. LAUTERJUNG GMBH & CO.
    MS "PACIFIC VOYAGER" KG, erroneously sued
13     herein as REEDEREI M. LAUTERJUNG KG

14
15 Dated: March 19, 2007    WELTIN LAW OFFICE

16 By _____
    Patrick B. Streb
    Attorneys for Plaintiff
17     JAMES HAYNES

18
19
                                **Certification of Signatures**
20
    I attest that the content of this document is acceptable to all persons above, who were
21 required to sign it.
22
23 _____
    Andrew I. Port
24

25 IT IS SO ORDERED.
26 Date: 3/22/07
27                                 Judge James Larson
28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PARTICIPATE IN PRIVATE MEDIATION
U.S.D.C. NORTHERN DISTRICT ACTION NO. C-06-3196 JL