EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO. MS
"PACIFIC VOYAGER" KG, erroneously sued
herein as REEDEREI M. LAUTERJUNG KG

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
JAMES HAYNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>Defendant(s). | Case No.: C-06-3196 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court has ordered the parties to participate in a private mediation on or before May 15, 2007, pursuant to a stipulation submitted by the parties to allow more time for an independent medical examination of the plaintiff and subsequent mediation. It is the parties' understanding that the Court wishes to hold a further case management conference within 30 days after the

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

mediation.  However, a Case Management Conference is presently set for 10:00 a.m. on April 18, 2007, before the mediation.

The parties therefore respectfully request the Court continue the Case Management Conference to 10:30 a.m. on May 30, 2007, or to a later date on the Court's calendar.

The parties have met and conferred regarding the above, and stipulate to the requested continuance.

Dated:  April 11 , 2007        EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                             Andrew I. Port
                             Katharine Essick


                             By_____/s/_____
                                   Katharine Essick
                             Attorneys for Defendant
                             REEDEREI M. LAUTERJUNG GMBH & CO.
                             MS "PACIFIC VOYAGER" KG, erroneously sued
                             herein as REEDEREI M. LAUTERJUNG KG


Dated:  April 16, 2007        WELTIN LAW OFFICE

                             By_____/s/_____
                                   Patrick B. Streb
                             Attorneys for Plaintiff
                             JAMES HAYNES

### Certification of Signatures

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

                             _____/s/_____
                             Katharine Essick

IT IS SO ORDERED.  The Case Management Conference of April 18, 2007 is continued to __May 14, 2007__ at 10:30 a.m.
        [date]

Date: __April 16, 2007__

IT IS SO ORDERED

Judge James Larson

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105