1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar # 120977)
2  Katharine Essick (State Bar #219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Tel. (415) 227-9455
4  Fax (415) 227-4255
   aport@edptlaw.com
5  kessick@edptlaw.com

6  Attorneys for Defendant
   REEDEREI M. LAUTERJUNG GMBH & CO. MS
7  "PACIFIC VOYAGER" KG, erroneously sued
   herein as REEDEREI M. LAUTERJUNG KG
8
   WELTIN LAW OFFICE
9  Patrick B. Streb (State Bar #116555)
   1432 Martin Luther King Jr. Way
10 Oakland, CA 94612
   Tel. (510) 251-6060
11 Fax (510) 251-6040

12 Attorneys for Plaintiff
   JAMES HAYNES
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>    Defendant(s). | Case No.:  C-06-3196 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |
|---|---|

Plaintiff JAMES HAYNES and defendant REEDEREI M. LAUTERJUNG GMBH & CO. MS "PACIFIC VOYAGER" KG hereby stipulate that the Case Management Conference in this matter, originally scheduled for September 12, 2007, the day after a Mandatory Settlement

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 JL

1  Conference, is hereby moved to October 12, 2007, inasmuch as the Mandatory Settlement
2  Conference before Judge Maria Elena James has been continued to October 10, 2007.

3  Dated: August 30, 2007    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                             Andrew I. Port
4                            Katharine Essiek

5

6                            By _____
                                ANDREW I. PORT
7                            Attorneys for Defendant
                             REEDEREI M. LAUTERJUNG GMBH & CO.
                             MS "PACIFIC VOYAGER" KG, erroneously sued
8                            herein as REEDEREI M. LAUTERJUNG KG

9

10 Dated: August 30, 2007    WELTIN LAW OFFICE

11

12                           By _____
                                Patrick B. Streb
13                           Attorneys for Plaintiff
                             JAMES HAYNES
14

15                           **Certification of Signatures**

16     I attest that the content of this document is acceptable to all persons above, who were
17 required to sign it.

18
                                           _____
19                                              ANDREW I. PORT

20

21     IT IS SO ORDERED. The Case Management Conference of September 12, 2007 is
22 continued to ~~October 12, 2007 at 10:30 a.m.~~ October 17, 2007 at 10:30 a.m.

23
   Date: 9/4/07                _____
24                                James Larson
                                  Chief Magistrate Judge
25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
U.S.D.C. NORTHERN DISTRICT, ACTION NO. C-06-3196 JL