EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO. MS
"PACIFIC VOYAGER" KG, erroneously sued
herein as REEDEREI M. LAUTERJUNG KG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>　　　　Defendant(s). | Case No.: C-06-3196 JL<br><br>**STIPULATION REGARDING EXPERT DISCLOSURE; and ORDER** |

Plaintiff Jimmy Haynes and defendant Reederei M. Lauterjung GMBH & Co. MS "PACIFIC VOYAGER" KG, hereby stipulate that the expert disclosure date in this case shall be September 27, 2007, subsequent to the discovery cutoff. While the discovery cutoff had been continued to September 11, 2007, the expert disclosure date remained on September 4, 2007.

Dated: August 30, 2007    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
　　　　　　　　　　　　　　Andrew I. Port
　　　　　　　　　　　　　　Katharine Essick

　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　ANDREW I. PORT
　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　REEDEREI M. LAUTERJUNG GMBH & CO.
　　　　　　　　　　　　　　MS "PACIFIC VOYAGER" KG, erroneously sued
　　　　　　　　　　　　　　herein as REEDEREI M. LAUTERJUNG KG

1 | Dated: August 30, 2007          WELTIN LAW OFFICE

By _____
Patrick B. Streb
Attorneys for Plaintiff
JAMES HAYNES

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

_____
ANDREW I. PORT

IT IS SO ORDERED.

Date: ___9-18-07___

James L_____
Chief M_____

*[Stamp: IT IS SO ORDERED / Judge James Larson / United States District Court, Northern District of California]*

EMARD DANOFF PORT
TAMULSKI A PAETZOLD
LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105