EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar # 120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel. (415) 227-9455
Fax (415) 227-4255
aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO. MS
"PACIFIC VOYAGER" KG, erroneously sued
herein as REEDEREI M. LAUTERJUNG KG

WELTIN LAW OFFICE
Patrick B. Streb (State Bar #116555)
1432 Martin Luther King Jr. Way
Oakland, CA 94612
Tel. (510) 251-6060
Fax (510) 251-6040

Attorneys for Plaintiff
JAMES HAYNES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAYNES,<br><br>    Plaintiff,<br><br>vs.<br><br>REEDEREI M. LAUTERJUNG K.G. and DOES 1-20,<br><br>    Defendant(s). | Case No.: C-06-3196 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE** |

   Plaintiff and defendant hereby stipulate that pursuant to the Court's request, trial in this matter is continued.  The parties stipulate that the new trial date shall be March 10, 2008.  A pretrial conference shall be held on Wednesday, February 27, 2008.  The discovery cut-off shall

- 1 -

| | |
|---|---|
| 1 | be Friday, February 1, 2008 and expert discovery cutoff shall be Friday, February 29, 2008. |
| 2 | Dated: October ___, 2007    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP |

Andrew I. Port
Katharine Essick

By _____
ANDREW I. PORT
Attorneys for Defendant
REEDEREI M. LAUTERJUNG GMBH & CO.
MS "PACIFIC VOYAGER" KG, erroneously sued herein as REEDEREI M. LAUTERJUNG KG

Dated: October 5, 2007    WELTIN LAW OFFICE

By    /s/ Patrick B. Streb
        Patrick B. Streb
Attorneys for Plaintiff
JAMES HAYNES

**Certification of Signatures**

I attest that the content of this document is acceptable to all persons above, who were required to sign it.

_____
ANDREW I. PORT

IT IS SO ORDERED.

Dated:  October 9, , 2007    _____
James Larson
Chief Magistrate Judge

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson St., Ste 400
San Francisco, CA 94105
Tel: (415) 227-9455
Fax: (415) 227-4255